In the Matter of the Application of THE CITY OF NEW YORK, etc. (North River, Between West Forty-fourth Street and West Forty-seventh and West Forty-eighth Streets.) — Motions granted. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

ALFRED HANSEN, Respondent, v. NEW JERSEY SHIPBUILDING AND DREDGING COMPANY, Appellant.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

T. RUTH SPENCER, Respondent, v. WILLIAM T. STARR and Another, Appellants, Impleaded, etc.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

MAURICE GOLDBERG, Appellant, v. LILLIAN GOLDBERG, Respondent.— Motion denied. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

CAMILLE O. A. PERCEVAL and Another, as Executors and Trustees, etc., of CHARLES PERCEVAL, Deceased, Respondents, v. HUGO WERNER, Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.; Martin, J., dissenting on the ground that the court erred in not allowing the defendant to show the conversation with the general agent, Taylor, upon the question of insurance, which was not covered specifically in the lease.

A. GORDON MURRAY, Appellant, v. GIDEON BOERICKE, Defendant, Impleaded with JOHN H. BANKS and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

W. HARRIS THURSTON, JR., Appellant, v. THE LAMPORT MANUFACTURING SUPPLY CO., INC., Respondent.— Judgment modified as directed in order and as so modified affirmed, with costs to respondent. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

THE HETTRICK MANUFACTURING COMPANY, Appellant, v. SHEPARD TEXTILE CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

EDWARD DEV. TOMPKINS, INC., Respondent, v. DANIEL J. LEARY and Another, Copartners, etc., Appellants, Impleaded with EDWARD DEV. TOMPKINS, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ

FIRESTONE TIRE & RUBBER CO., INC., Respondent, v. ROBERT R. STAATS, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS SLOBOTSKY, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.